DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Russell v. Russell<br><br>Case below:<br>177 N.C. App. 462 | No. 325P06 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA05-1261) | Denied<br>11/16/06 |
| Sable v. Sable (now Knight)<br><br>Case below:<br>177 N.C. App. 811 | No. 351P06 | Plt's Motion for Temporary Stay<br>(COA05-664) | Denied<br>07/11/06 |
| Sea Ranch Owners Ass'n v. Sea Ranch, II, Inc.<br><br>Case below:<br>180 N.C. App. ——<br>(7 November 2006) | No. 338P06 | Plt's Motion for Temporary Stay<br>(COA05-1528, 05-1559, 05-1593) | Allowed<br>06/26/06<br><br>**Martin, J.,<br>Recused** |
| State v. Agnew<br><br>Case below:<br>178 N.C. App. 234 | No. 388P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1078) | Allowed<br>11/16/06 |
| State v. Allen<br><br>Case below:<br>166 N.C. App. 139 | No. 485PA04-2 | Defendant's Motion to Declare Motion Moot Based on Trial Court's Compliance with Mandate (COA03-1369) | Allowed<br>09/05/06 |
| State v. Atkins<br><br>Case below:<br>Buncomb County Superior Court | No. 009A94-5 | Def's PWC to Review Order of Buncombe County Superior Court (Buncomb County Superior Court) | Denied<br>10/05/06 |
| State v. Austin<br><br>Case below:<br>176 N.C. App. 190 | No. 165P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-85) | Denied<br>10/05/06 |
| State v. Berghello<br><br>Case below:<br>178 N.C. App. 742 | No. 478P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-944) | Denied<br>10/05/06 |
| State v. Bethea<br><br>Case below:<br>176 N.C. App. 767 | No. 362P06 | Defendant-Appellant's Petition for Writ of Habeas Corpus (COA05-866) | Denied<br>07/25/06 |
| State v. Boone<br><br>Case below:<br>179 N.C. App. ——<br>(15 August 2006) | No. 516P06 | Def's Motion for PDR Under N.C.G.S. § 7A-31 (COA06-306) | Denied<br>10/05/06 |